# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

EATON CORPORATION,
    Plaintiff

    v.         CASE NUMBER: 15-C-1157

WESTPORT INSURANCE CORPORATION, et al.,
    Defendants

AIU INSURANCE COMPANY, et al.,
    Third-Party Plaintiffs

    v.

ALLSTATE INSURANCE CO., et al.
    Third-Party Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that all claims, counterclaims, crossclaims, and third-party claims asserted in this action are dismissed. The claims of Eaton Corporation against Independent Specialty Insurance Company, Fireman's Fund Insurance Company, and Travelers Casualty and Surety Company are dismissed without prejudice for lack of a justiciable controversy.

| | |
|---|---|
| March 30, 2022 | Gina M. Colletti |
| Date | Clerk |
| | s/ J. Dreckmann |
| | (By) Deputy Clerk |